908

Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

In the Matter of 754 Fifth Avenue, Inc., Appellant-Respondent, against William E. Boyland et al., Constituting the Tax Commission of the City of New York, Respondents-Appellants. [742, 744, 746, 748, 754 5th Ave., Borough of Manhattan.] —

Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis, Shientag and Foster, JJ.

(March 31, 1952.)

In the Matter of the Application of Nelson F. Stamler, as Deputy Attorney-General, Respondent, to Compel the Attendance of Frank Costello, Appellant, before the New Jersey Superior Court, Law Division, Bergen County.—

Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.